HERMAN C. JONGEBLOED, as Administrator of the Estates of KATHRYN JONGEBLOED, et al., Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

*Arthur A. Beaudry* for motion.
*William H. Timbers* opposed.

Motion denied, without costs on the ground that the appeal lies as of right.